People v Benoit (2024 NY Slip Op 04331)

People v Benoit

2024 NY Slip Op 04331

Decided on August 28, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 28, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
JOSEPH J. MALTESE
DEBORAH A. DOWLING
LOURDES M. VENTURA, JJ.

2024-00688
 (Ind. No. 8158/18)

[*1]The People of the State of New York, respondent,
v
Kendel Benoit, appellant.

Rosenberg Law Firm, Brooklyn, NY (Jonathan Rosenberg of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Marie John of counsel), for respondent.

DECISION & ORDER
Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County, rendered April 27, 2022.
ORDERED that the application is granted, and the defendant's application is deemed to be a timely notice of appeal.
The defendant has established his entitlement to the relief requested (see People v Syville, 15 NY3d 391).
CONNOLLY, J.P., MALTESE, DOWLING and VENTURA, JJ.
ENTER:
Darrell M. Joseph
Clerk of the Court